# United States Court of Appeals
## For the First Circuit

---

No. 16-1322

UNITED STATES OF AMERICA,
Appellee,

v.

JUAN TANCO-BAEZ,
Defendant, Appellant.

---

No. 16-1323

UNITED STATES OF AMERICA,
Appellee,

v.

JOSÉ CEPEDA-MARTÍNEZ,
Defendant, Appellant.

---

No. 16-1563

UNITED STATES OF AMERICA,
Appellee,

v.

PETER ROSARIO-SERRANO,
Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this court issued on November 4, 2019 is amended as follows:

On page 22, line 6, insert ", 29 F.3d 733 (1st Cir. 1994)," after "Singleterry"

On page 22, lines 7 and 8, delete "See 29 F.3d 733 (1st Cir. 1994)."